**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

KARANDEEP SINGH, )
)
Petitioner, )
)
vs. )  Case No. CIV-26-126-R
)
MARY DE ANDA-YBARRA, et al., )
)
Respondents. )

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 24th day of February, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE